UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CROP INPUTS ANTITRUST LITIGATION     MDL No. 2993

ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Eastern District of Missouri.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Sarah E. Pitlyk, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

Karen K. Caldwell
Chair